# Court of Appeals
# of the State of Georgia

ATLANTA, __March 06, 2013____

*The Court of Appeals hereby passes the following order:*

**A12A1859. IN THE INTEREST OF C. S .C., J. M., and D. C., children.**
**A12A1860. IN THE INTEREST OF J. M., a child.**

On January 27, 2012, this Court granted the applications of the mother and father for discretionary appeals concerning the juvenile court's termination of their rights in these children. Having reviewed the record, we now DISMISS both appeals as improvidently granted.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __03/06/2013____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*